```
                                        FILED
                                   U.S. DISTRICT COURT
                                   DISTRICT OF MARYLAND

              UNITED STATES DISTRICT COURT  1999 OCT -1  P 1:30
              FOR THE DISTRICT OF MARYLAND
                                         CLERK'S OFFICE
                                          AT BALTIMORE

                                      BY_____DEPUTY
```

|  |  |  |
|---|---|---|
| JOHN O. BRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | JFM-98-3247 |
| JOULÉ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION ENLARGING TIME

IT IS HEREBY STIPULATED by and between the parties that the date for Plaintiff's filing of any opposition to Defendant's motion for summary judgment be extended to October 12, 1999.

_____        _____
Lawrence E. Dubé, Jr.                   James V. McFaul
Trial Bar No. 01227                     Federal Bar No. 24054
Dubé & Goodgal, P.C.                    305 W. Chesapeake Ave.
Suite 407                               Suite 100
The Can Company                         Towson, MD 21204
2400 Boston St.                         (410) 821-8395
Baltimore, MD 21224
(410) 276-8801

**Attorney for the Plaintiff**          **Attorney for the Defendant**

IT IS HEREBY ORDERED as stipulated this 5th day of August, 1999.

                                        _____
                                         J. Frederick Motz
                                         United States District Judge

