IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 1 3 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

| | | |
|---|---|---|
| JOHN O. BRICE | * | |
| | * | |
| v. | * | Civil No. JFM-98-3247 |
| | * | |
| JOULE' INC. | * | |
| | ***** | |

ORDER

For the reasons stated on the record on December 10, 1999, it is, this 13th day of

December 1999

ORDERED that

1. Defendant's motion for summary judgment is granted; and

2. Judge is entered in favor of defendant against plaintiff.

_____

J. Frederick Motz
United States District Judge

l 3